UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL TRABULSY,

    Plaintiff,

v.                      Case No.  8:08-cv-2271-T-33AEP

POLK COMMUNITY COLLEGE,

    Defendants.
_____/

## ORDER

This matter comes before the Court upon consideration of Defendant Polk Community College's "Motion for Entitlement to Attorney's Fees and Supporting Memorandum of Law" (Doc. # 57), filed on May 17, 2010.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Polk Community College's "Motion for Entitlement to Attorney's Fees and Supporting Memorandum of Law" (Doc. # 57)

is hereby referred to the Honorable Anthony E. Porcelli, United States Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>27th</u> day of July, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties of Record